**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Round Table Pizza Nevada, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0348180** |

4. **Debtor's address**

   **Principal place of business**

   **112 N. Curry St.**
   **Carson City, NV 89703**
   Number, Street, City, State & ZIP Code

   **Carson City**
   County

   **Mailing address, if different from principal place of business**

   **McDonald Carano LLP**
   **2300 West Sahara Avenue, Suite 1200**
   **Las Vegas, NV 89102**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Round Table Pizza Nevada, LLC**   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Round Table Pizza Nevada, LLC**                                           Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Round Table Pizza Nevada, LLC**  Case number (*if known*)
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Round Table Pizza Nevada, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 13, 2024**
              MM / DD / YYYY

X **/s/ Kendelee Works**                                **Kendelee Works**
Signature of authorized representative of debtor        Printed name

Title

**18. Signature of attorney**

X **/s/ Ryan J Works**                                  Date **June 13, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**Ryan J Works 9224**
Printed name

**McDonald Carano LLP**
Firm name

**2300 W. Sahara Ave.**
**Suite 1200**
**Las Vegas, NV 89102**
Number, Street, City, State & ZIP Code

Contact phone **(702) 873-4100**    Email address **rworks@mcdonaldcarano.com**

**9224 NV**
Bar number and State

## Resolution of the Sole Member and Sole Manager
## of
## Round Table Pizza Nevada, LLC
## By Written Consent

This Resolution of Members and Managers of Round Table Pizza Nevada, LLC ("RT"), a Nevada Limited Liability Company, is executed as of this 13th day of June, 2024 (the "Effective Date"). The undersigned, being all of the members and managers of RT, hereby consent to the following resolutions in lieu of a meeting:

WHEREAS, the sole member and sole manager of RT have determined it to be in the best interests of RT to file bankruptcy under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy"), now therefore:

IT IS RESOLVED that RT shall retain the law firm of McDonald Carano LLP (the "Firm") to prepare and file RT for Bankruptcy, subject to the terms of the Firm's Engagement Agreement executed by RT;

IT IS FURTHER RESOLVED that the undersigned member and manager of RT hereby consent to appoint Kendelee L. Works, in her capacity as Assistant General Counsel of FAT Brands Inc., to authorize, direct and empower the filing of RT for Bankruptcy. Ms. Works is also empowered to execute any and all documents necessary to effectuate the Bankruptcy filing, testify on behalf of RT and carry out any other acts reasonable or necessary; and

IN WITNESS WHEREOF, the undersigned, being the sole member and sole manager RT, does hereby adopt, approve, confirm and ratify the foregoing resolutions, as of the Effective Date set forth above. The undersigned waive notice of, and any requirement of, a meeting in connection herewith.

FAT BRANDS INC.,
Its Sole Member,

By: _____
Ken Kuick, Co-Chief Executive Officer

FAT BRANDS INC.,
Its Sole Manager,

By: _____
Ken Kuick, Co-Chief Executive Officer

```
Round Table Pizza Nevada, LLC
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Ryan J Works
McDonald Carano LLP
2300 W. Sahara Ave.
Suite 1200
Las Vegas, NV 89102

Roter Investments of Nevada Limited Part
c/o John K. Gallagher, Esq.
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
Reno, NV 89505
```

# United States Bankruptcy Court
## District of Nevada

In re **Round Table Pizza Nevada, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Round Table Pizza Nevada, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fat Brands Inc.**
**9720 Wilshite Blvd., Suite 500**
**Beverly Hills, CA 90212**

☐ None [*Check if applicable*]

**June 13, 2024**
Date

**/s/ Ryan J Works**
**Ryan J Works 9224**
Signature of Attorney or Litigant
Counsel for **Round Table Pizza Nevada, LLC**
**McDonald Carano LLP**
**2300 W. Sahara Ave.**
**Suite 1200**
**Las Vegas, NV 89102**
**(702) 873-4100 Fax:(702) 873-9966**
**rworks@mcdonaldcarano.com**